IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00190-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| MARIO REGINALD ROGERS (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter-motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines. (Doc. No. 16).

The defendant is serving a sentence imposed upon revocation of his supervised release. (Doc. No. 15: Judgment). However, the Court is not authorized to reduce a revocation sentence pursuant to the Amendment. USSG §1B1.10(a), comment. (n.8).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: March 6, 2024

Robert J. Conrad, Jr.
United States District Judge